LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE GONZALES, ) | No: 8:22-cv-00311-PD |
| ) | |
|   Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
|   v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|   Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND 00/100($7,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  June 06, 2023           *Patricia Donahue*
                                  HON. PATRICIA DONAHUE
                                  UNITED STATES MAGISTRATE JUDGE